UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Todd Prevost</u>

    v.                                Civil No. 20-cv-261-SE

<u>Cheshire County Correctional Facility et al.</u>

**REPORT AND RECOMMENDATION**

Plaintiff Todd Prevost filed the initial complaint (Doc. No. 1) in this case, asserting claims alleging violations of his federal constitutional rights during his pretrial detention at the Cheshire County Department of Corrections. The matter having come before the undersigned Magistrate Judge for preliminary review, pursuant to 28 U.S.C. § 1915A(a) and LR 4.3(d)(1), the Court directed Mr. Prevost to amend his complaint to assert facts to demonstrate that he could state a claim upon which relief might be granted,\ on or before May 3, 2021. <u>See</u> Apr. 5, 2021 Order (Doc. No. 13).

Mr. Prevost filed a timely motion (Doc. No. 14) to extend that deadline which the Court granted, extending the deadline to June 4, 2021. When Mr. Prevost failed to file an amended complaint or motion to extend the June 4 deadline, the Court issued the following Order:

> Plaintiff Todd Prevost was directed to file an amended complaint in this case by June 4, 2021.  See May 5, 2021 Order (extending deadline from May 3, 2021). Mr. Prevost has not yet filed an amended complaint. Because Mr. Prevost is representing himself in this case, in an abundance of caution, the court sua sponte further extends the deadline for filing an amended complaint until July 26, 2021. No further extensions will be granted without Mr. Prevost demonstrating good cause for such an extension.

June 28, 2021 Order.  Mr. Prevost did not file an amended complaint.

On January 10, 2022, the Court received a letter from Mr. Prevost inquiring as to whether his "case had been dismissed with or without prejudice."  Doc. No. 15.  Mr. Prevost indicated that if his case had been dismissed, he wanted to refile it. See id.  In response, the Court issued an Order (Doc. No. 16) on January 12, 2022, advising Mr. Prevost that this case was "still open," but that, "[t]o maintain this case . . . Mr. Prevost must file an amended complaint, as set forth in the Court's April 5, 2021 Order," by March 14, 2022.  Jan. 12, 2022 Order (Doc. No. 16, at 2).  The Court further instructed Mr. Prevost that, if he was unable to file his amended complaint by that date, he had to move to extend that deadline "on or before March 14, 2022, demonstrating good cause for the requested extension."  Id.  The Court sent Mr. Prevost, along with its January 12 Order, a copy of his complaint (Doc. No. 1), the April 5, 2021 Order (Doc. No.

2

13), and the docket sheet of this case. Later that month, Mr. Prevost was notified that this case had been reassigned to Judge Samantha Elliott. See Jan. 21, 2022 Order.

Neither of the orders sent to Mr. Prevost at the last address he provided to the court has been returned to the court undelivered.[1] Mr. Prevost has not filed an amended complaint or a motion to extend his time to file an amended complaint. He last communicated with the Court on January 10, 2022, almost five months ago. It appears that Mr. Prevost has abandoned this case. Accordingly, the District Judge should dismiss this matter, without prejudice, for failure to prosecute.

## Conclusion

For the foregoing reasons, the District Judge should dismiss this case, in its entirety, without prejudice. Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion.

---

[1] On July 28, 2020, Mr. Prevost notified the court that he had been released from prison, and provided the court with an address in Swanzey, New Hampshire, and the court has used that address to send mail to Mr. Prevost since that date. See July 28, 2020, Pl.'s Notice of Change of Address (Doc. No. 11).

Failure to file any objection within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016). Only those issues raised by the objection(s) to this Report and Recommendation "'are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" Id. (citations omitted).

_____
Andrea K. Johnstone
United States Magistrate Judge

June 8, 2022

cc: Todd Prevost, pro se